# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

U.S.A. vs. Shawn L. Chavis                      Docket No. 7:10-CR-156-1BO

## Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn L. Chavis, who, upon an earlier plea of guilty to Possession With Intent to Distribute Cocaine Base, was sentenced by the Honorable Callie V. S. Granade, Chief U.S. District Judge for the Southern District of Alabama, on January 6, 2005, to the custody of the Bureau of Prisons for a term of 150 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 48 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Office.

2. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

Shawn L. Chavis was released from custody on April 8, 2010, at which time the term of supervised release commenced. On November 19, 2010, a positive drug test was reported to the court in the sentencing district, and a transfer of jurisdiction was initiated. On December 30, 2010, jurisdiction was transferred to the Eastern District of North Carolina. On February 10, 2011, new criminal charges of Assault on a Female, Communicating Threats, and Interfering with Emergency Communications was reported to the court, and supervision is continued pending outcome of those charges in Scotland County, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 30, 2011, the defendant was charged in Robeson County with Resisting Public Officer. According to ALE Agent M.H. Klingenschmidt, he pulled over a vehicle in which the defendant was riding, and questioned him about a possible drug deal. The defendant fled on foot, and was apprehended about a mile away. A search of the defendant's person revealed no contraband, as did a search of the route taken during the chase. The defendant admitted that he fled from the agent, stating that he 'panicked'. A 3-day jail term should adequately address this criminal violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Shawn L. Chavis
Docket No. 7:10-CR-156-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Thomas E. Sheppard<br>Thomas E. Sheppard<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: June 6, 2011 |

### ORDER OF COURT

Considered and ordered this  6  day of  June  , 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge